**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
JIMMY ALLEN SHAFER                               CASE NO: 08-70557
TANGA KAY SHAFER                                 HEARING DATE: 11-18-2009
                                                 HEARING TIME: 11:00 A.M.

A/K/A:                                           A/K/A 2:
D/B/A:                                           D/B/A 2: WORLD VENTURE

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 11-18-2009, which is at least twenty-five (25) days from the date of service hereof, at 11:00 a.m. a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

| FOR LIVE COURT | FOR VIDEO COURT |
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH & LAMAR STREETS | 10TH & LAMAR STREETS |
| WICHITA FALLS, TEXAS 763011234 | WICHITA FALLS, TEXAS 763011234 |

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30 a.m. Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *10/21/2009*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty (20) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1100 COMMERCE 1254**
**DALLAS, TEXAS 752420000**

Case 08-70557-hdh13    Doc 41    Filed 10/21/09    Entered 10/21/09 13:24:33    Desc Main
Document    Page 1 of 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

|  |  |  |
|---|---|---|
|  | * |  |
|  | * | CHAPTER 13 |
| IN RE: | * | CASE NO: 08-70557-13 |
| JIMMY ALLEN SHAFER& |  |  |
| TANGA KAY SHAFER | * | HEARING DATE: 11/18/2009 |
|  | * | HEARING TIME: 11:00 AM |
| DEBTOR(S) |  |  |

**TRUSTEE'S MODIFICATION OF MODIFIED CHAPTER 13 PLAN AFTER CONFIRMATION**

**DATE: 10/21/2009**

Pursuant to 11 U.S.C. 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

**I.
HISTORY OF THE CASE**

1. Date Case Filed: 12/23/2008
2. Date of Section 341 Meeting: 1/22/2009
3. First Payment Date: 1/22/2009
4. Date of Confirmation: 2/23/2009
5. Total Plan Term Prior to this Modification: 60
6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 10
7. Remaining Plan Term (subtract item 6 from the lessor of item 5): 50
8. Amount of Arrears through the month prior to the date the Modification is filed:$0.00
9. Date Plan Payments are to Resume: 11/22/2009 (This must be the same month that the Modification is set for approval by the Court)
10. Total Payments **Paid** to the Trustee through the month prior to the date the Modification is filed with the clerk:$10,485.00
11. Total Payments **Due** to the Trustee through the month prior to the date the Modification is filed with the clerk:$10,485.00
12. Total Payments **Due** to the Trustee from the month the Modification is filed to the month the Modification is set for approval:$1,165.00
13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:
    _____

## II.
## MODIFICATION REQUESTED
(check 1 or more of the following 4 choices)

\_\_\_\_ Plan payments remain at $_____ per month.
_X_ **INCREASE** monthly payment from $1,165.00 per month to $1,500.00 per month (must coincide with resume date shown in item 9 above)
\_\_\_\_ Extend months from \_\_\_\_\_ months to \_\_\_\_\_ months (Not to Exceed 60 Calendar Months from Month of First Payment Date)
\_\_\_\_ Add balloon payment of $_____ in \_\_\_\_\_ month (indicate how the balloon payment will be made)_____
_____

## III.
## RESUMPTION OF PAYMENTS TO THE TRUSTEE
(all information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $1,500.00 will resume on or before November 22, 2009 (item 9 above) for 50 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount remains the same in the amount of $_____.

Base amount will change from $69,900.00 to $86,650.00
**If the base amount has changed complete the following:**
    Total Paid in as of the month prior to Modification Approval:  $11,650.00
    **(+) Plus Total Payments to be made through the Remainder**
        of the plan (making up any arrears in item 8 above):    $75,000.00
    (=)**New Base Amount**    $86,650.00

## IV.
## SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

**ADD/DELETE/SURRENDER/CHANGE** the following Secured, Priority or Special Class Unsecured Creditor(s):
**CODE; A = ADD; D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO**

| Code | Name | Class | Amount | Collateral | Value | Int. | Monthly Payment Surrender Direct |
|---|---|---|---|---|---|---|---|
| CF | IRS | Priority | $3,567.18 | | | | $22.21 per mo |
| CT | IRS | Priority | $36,229.18 | | | | $664.41 per mo |
| ____ | _____ | _____ | _____ | _____ | _____ | ____ | _____ |
| ____ | _____ | _____ | _____ | _____ | _____ | ____ | _____ |

or

__ Check here if no changes are to be made to creditors

**Note: Changes to any creditors above shall not be effective until the Modification is Approved.**

## V.
## ATTORNEY'S FEES

No additional attorney fee has been added for this Modification of Plan after Confirmation.

## VI.
## REASON FOR MODIFICATION

This Modification is requested for the following reason(s):

**To pay IRS amended priority claim of $36,229.18 filed 8/3/2009**

Respectfully submitted,

/s/ Walter O'Cheskey
Walter O'Cheskey
Chapter 13 Trutstee

Page 3 of 3

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JIMMY ALLEN SHAFER & TANGA KAY SHAFER

CASE NO: 08-70557-HDH-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| JIMMY ALLEN SHAFER<br>7622 TARRYTOWN<br><br>AMARILLO,TX 79121 | TANGA KAY SHAFER<br><br><br>- |
| AMARILLO NATIONAL BANK<br>ATTN: SPECIAL ASSETS DEPT<br>PO BOX ONE<br>AMARILLO,TX 79105-0000 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES<br>1100 COMMERCE ST MC 5027DAL<br>DALLAS,TX 75242- |
| INTERNAL REVENUE SERVICE<br>PO BOX 21125<br><br>PHILADELPHIA,PA 19114- | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br><br>PHILADELPHIA,PA 19114- |
| BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424-0000 |
| OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLACE<br>WICHITA FALLS,TX 76301-0000 |
| US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br><br>NEWARK,NJ 07193-5480 | ECMC<br>LOCKBOX # 8682<br>PO BOX 75848<br>ST PAUL,MN 55175-0848 |
| WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE 3RD FLOOR<br>DALLAS,TX 75242-1699 |
| HIGH PLAINS RADIOLOGY<br>PO BOX 3780<br><br>AMARILLO,TX 79116-3780 | TOYOTA MOTOR CREDIT CORPORATION<br>5005 NORTH RIVER BLVD NE<br><br>CEDAR RAPIDS,IA 52411-6634 |
| AMERICAN EXPRESS<br>C/O BECKETT AND LEE LLP<br>PO BOX 3001<br>MALVERN,PA 19355-0701 | ECMC<br>7325 BEAUFONT SPRINGS SUITE 200<br><br>RICHMOND,VA 23225- |
| TEXAS GUARANTEED STUDENT LOAN CORP<br>TG-MAIL CENTER ATTN CLAIMS CLMS 1-1(1E3)<br>3500 WADLEY PLACE STE 303<br>AUSTIN,TX 78728- | FIRST EQUITY<br>PO BOX 84075<br><br>COLUMBUS,GA 31908-4074 |

CASE NO: 08-70557-HDH-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK,VA 23541- | RANDALL COUNTY APPRAISAL DISTRICT<br>PO BOX 7190<br>AMARILLO,TX 79114-7190 |
| CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS,GA 30091-5155 | FIRST EQUITY CARD<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS,TX 75374- |
| DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY,OH 43054- | WELLS FARGO FINANCIAL BANK<br>PO BOX 14487<br>ATTN PAYMENT PROCESSING<br>DES MOINES,IA 50306- |
| BANK OF AMERICA<br>4161 PIEDMONT PARKWAY<br>NC4-105-03-14<br>GREENSBORO,NC 27410- | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS,IA 52408- |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK,VA 23541- | BANK OF AMERICA<br>PO BOX 15026<br>WILMINGTON,DE 19850- |
| DILLARDS<br>C/O GE MONEY BANK<br>PO BOX 103104<br>ROSWELL,GA 30076- | ROUNDUP FUNDING LLC<br>PO BOX 91121<br>MS 550<br>SEATTLE,WA 98111-9221 |
| CHASE<br>BANKRUPTCY DEPARTMENT<br>PO BOX 15298<br>WILMINGTON,DE 19850- | CITIMORTGAGE INC<br>PO BOX 6941<br>THE LAKES,NV 88901- |
| CITI MORTGAGE INC<br>PO BOX 79022 MS 322<br>ST LOUIS,MO 63179- | CITI<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- |
| AMARILLO NATIONAL BANK<br>PO BOX 949<br>BORGER,TX 79008- | BANK OF AMERICA<br>PO BOX 26012<br>GREENSBORO,NC 27420- |
| WELLS FARGO FINANCIAL BANK<br>PO BOX 182273<br>COLUMBUS,OH 43218- | UNIVERSAL CITIBANK<br>ATTN: CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195- |
| PANHANDLE PLAINS<br>STUDENT SERVICES CLAIMS DEPT<br>PO BOX 839<br>CANYON,TX 79015- | WELLS FARGO BANK NA<br>4137 121ST STREET<br>URBANDALE,IA 50323- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- |
| ECMC<br>PO BOX 75906<br>ST PAUL,MN 55175- | |

Dated: 10/21/2009

/s/ Walter O'Cheskey
Chapter 13 Trustee
By: Kathleen